

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

NWR Georgia Construction, LLC,
Appellant

No. 06-21-00104-CV      v.

Master Woodcraft Cabinetry, LLC, and
MCW Industries, LLC, Appellees

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 21-
0302). Memorandum Opinion delivered by
Chief Justice Morriss, Justice Stevens and
Justice Carter* participating. *Jack Carter,
Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we withdraw our March 1, 2022, opinion
and vacate our March 1, 2022, judgment. We further grant the appellant's motion to dismiss this
interlocutory appeal, dismiss the appeal, and remand the matter to the trial court.

We order that the appellant and the appellee each pay one-half of all costs incurred by
reason of this appeal.

RENDERED MARCH 17, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk